Page: 1 of 2                                  Central Violations Bureau                                                         01/12/2023
                                          Magistrate Judge Case Pending Report
                              Site: HELN Magistrate Judge: HON KATHLEEN L DESOTO - 77BL

According to the records maintained by the Central Violations Bureau, this list contains all the violations presently referred by CVB and pending before you that are six months old and older. If your records indicate that this list is not accurate, please notify CVB in writing immediately. Should you decide to dismiss or update any dispositions please annotate the proper disposition code in the new disp code column.

Updates to violation notices that have been transmitted to CMECF must be accomplished through CM/ECF and not on this report. Only violation notices that appeared on a paper court docket, prior to the implementation of the CMECF-CVB Module may be updated with the Magistrate Pending report.

| Citation | Issue Date | Name / Offense | Disposition | Hearing Date | Hearing Type | Original Fine | Total Paid | Total Due |
|---|---|---|---|---|---|---|---|---|
| 9587076 M18 6:21-PO-05003-KLD | 08/18/2020 | CULBERT, DALE L / MISCELLANEOUS GENERAL OFFENSES, OTHER | Current: NW  New: - Dm ✓  Comments: | 03/04/2021 | O | 330.00 | 0.00 | 330.00 |
| 6625135 M18 6:19-PO-05037-KLD | 06/05/2019 | HANNA, TARA L / Parking in No Parking Area Marked BY Yellow Stripes [tr | Current:  New: - Pm ✓  Comments: | 09/05/2019 | O | 55.00 | 0.00 | 55.00 |
| 9587028 M18 6:20-PO-05027-KLD | 03/19/2020 | HOLMAN, TRACY L / MISCELLANEOUS GENERAL OFFENSES, OTHER | Current: NW  New: - DM  Comments: | 06/04/2020 | O | 530.00 | 0.00 | 530.00 |
| 9587029 M18 6:20-PO-05027-KLD | 03/19/2020 | HOLMAN, TRACY L / MISCELLANEOUS GENERAL OFFENSES, OTHER | Current: NW  New: - DM  Comments: | 06/04/2020 | O | 230.00 | 0.00 | 230.00 |
| 9587031 M18 6:20-PO-05032-KLD | 03/29/2020 | PEACE, KEITH / MISCELLANEOUS GENERAL OFFENSES, OTHER | Current: NW  New: - Dm ✓  Comments: | 06/04/2020 | O | 80.00 | 0.00 | 80.00 |
| 9587351 M18 6:20-PO-05003-KLD | 11/08/2019 | ROLLAND, WAYNE A / MISCELLANEOUS GENERAL OFFENSES, OTHER | Current: NW  New: - DM  Comments: | 03/05/2020 | O | 280.00 | 0.00 | 280.00 |
| 9587352 M18 6:20-PO-05003-KLD | 11/08/2019 | ROLLAND, WAYNE A / MISCELLANEOUS GENERAL OFFENSES, OTHER | Current: NW  New: - DM  Comments: | 03/05/2020 | O | 330.00 | 0.00 | 330.00 |

7 Total Citations for site HELN